## UNITED STATES BANKRUPTCY COURT
## THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In re | Administratively Consolidated Chapter 11 Cases |
| ARTS BLOCK LLC | Chapter 11, No. 14-30916-HJB |
| THE PUSHKIN, LLC | Chapter 11, No. 14-30917-HJB |
| Debtors | |

**MOTION FOR ORDER AUTHORIZING SALE OF
PROPERTY OF THE ESTATE
(NAMELY THE ARTS BLOCK BUILDING AND THE PUSHKIN BUILDING)**

To the **HONORABLE HENRY J. BOROFF**, Bankruptcy Judge:

Pursuant to Section 363 of the Bankruptcy Code (the "Bankruptcy Code"), Bankruptcy Rules 2002(a)(2), 4001 and 6004, and MLBR 2002-5 and 6004-1, the Arts Block LLC and The Pushkin, LLC, the above captioned Chapter 11 debtors (the "Debtors") intend to sell at private sale the respect Debtors' rights, title and interests in certain properties of the respective estates, namely their respective interests in (i) the Arts Block Building, located at 289 Main Street, Greenfield, Massachusetts (owned by the Arts Block LLC debtor), and (ii) the Pushkin Building, located at 332 Main Street/4 Federal Street, Greenfield, Massachusetts (and owned by The Pushkin, LLC debtor)(together the "Properties"), free and clear of all liens, encumbrances, charges and claims of every kind and description. As grounds therefore, the Debtors respectfully represents as follows:

1.   On September 21, 2014 (the "Commencement Date"), the Debtors filed voluntary petitions seeking relief under Chapter 11 of the Bankruptcy Code.  Pursuant to 11 U.S.C. §§1107 and 1108, the Debtors are operating their businesses and managing their affairs as debtors in possession.

2.   The Debtors own properties consisting of (i) the Arts Block Building, located at 289 Main Street, Greenfield, Massachusetts (owned by the Arts Block LLC debtor), and (ii) the Pushkin Building, located at 332 Main Street/4 Federal Street, Greenfield, Massachusetts (and owned by The Pushkin, LLC debtor)(again, together the "Properties").

3.   The Debtors have received an offer from Olive Street Development, LLC, 89 Crescent Street, Greenfield, MA 01301 to purchase the Properties for the total amount of $850,000.00.  The proposed Buyer has no relationship to the Debtors.  The manager and principal of Olive Street Development, LLC is Mark Zaccheo.

4.   The Debtors anticipate that the sale will take place by May 28, 2015.  The terms of the proposed sale are more particularly described in a written purchase and sale agreement (the "Purchase and Sale Agreement").  A true and accurate copy of the Purchase and Sale Agreement is attached hereto.

5.   There is a deposit of $20,000.00 from the Buyer, which the Debtors' counsel is holding in his IOLTA account.

6.   The Debtors believe that the purchase price as contained in the purchase and sale agreements referred to above represents a fair and reasonable price for the Properties, and is, in the opinion of the Debtors, the highest price presently obtainable for the Properties.

7. The Debtors believe that the interests of the Debtors' respective estates are served by the entry of an Order authorizing the Debtors to sell the aforesaid free and clear of liens and encumbrances.

8. The Debtors believe that there are liens on the Properties:

**Arts Block, LLC**:

(i)  Real estate taxes and other municipal charges of approximately $5,000;

(ii)  Mortgage (the "Mortgage") granted to MHIC NE New Markets CDE I LLC, Series 2 ("CDE") recorded in the Franklin County Registry of Deeds on December 24, 2009 at Book 5800, Page 2300 securing a promissory note in the alleged balance of $1,515,298.00 pursuant to a Motion for Relief from Stay as filed on November 13, 2014.

(iii) Mortgage held by Arts Pushkin MT LLC for an alleged amount of approximately $300,000;

(iv)  Mortgage held by Greenfield Savings Bank in the alleged amount of approximately $100,000 (which the Debtors believe was satisfied although no discharge was recorded).

**The Pushkin, LLC**:

(i)  Real estate taxes and other municipal charges of approximately $5,000;

(ii)  Mortgage (the "Mortgage") granted to MHIC NE New Markets CDE I LLC, Series 2 ("CDE") recorded in the Franklin County Land Court on December 24, 2009 at Book 9, Certificate 1401, Document No. 00007550 securing a promissory note in the alleged balance of $2,226,432 pursuant to a Motion for Relief from Stay as filed on December 10, 2014.

(iii) Mortgage held by Arts Pushkin MT LLC for an alleged amount of approximately $300,000;

(iv) Mortgage held by Greenfield Savings Bank in the alleged amount of approximately $100,000 (which the Debtors believe was satisfied although no discharge was recorded).

9. The Debtors request the entry of Order(s) of this Honorable Court authorizing the Debtors to pay the proceeds from the respective sales in the order and priority as listed below:

(a) Any amount of real estate taxes and water and sewer charges outstanding as it regards the Properties;

(b) Any other necessary fees required by the Registry of Deeds or other routinely necessary charges for a real estate closing;

(c) If the property is sold to another party, in addition to the return of the deposit(s) of $20,000.00, and a payment of no more than 5% of the sales price to Olive Street Development, LLC as a breakup fee subject to the approval of the Bankruptcy Court;

(d) 5% of the sales price for costs under 11 U.S.C. §506(c) subject to approval of the Bankruptcy Court; and

(e) The balance of the sales proceeds shall be paid to the CDE.

10. In the event that a dispute arises between the Debtors and any party affected by the Order(s) requested herein with respect to that creditor's right to payment on account of its claim, the Debtors shall request that the Court to establish an amount for the Debtor to hold in escrow pending the resolution of such dispute and authorizing the Debtor to pay all other claimants in whole or in part as the Court in its discretion may

determine.

**WHEREFORE**, the Debtors request the entry of the following Orders:

1. Order(s) authorizing the sale of the Properties, free and clear of all liens and encumbrances including those liens and encumbrances as more fully described herein;

2. Order(s) authorizing the Debtor to pay the proceeds from the sale of the aforesaid properties in accordance with the priorities specifically itemized herein, and in full satisfaction of such obligations.

3. An order providing for such other and further relief as the Court finds just and proper.

                                    ARTS BLOCK LLC and
                                      THE PUSHKIN, LLC

Dated: April 7, 2015
                                _____*/S/ Louis S. Robin*_____
                                Louis S. Robin (BBO 545578)
                                The Law Offices of Louis S. Robin
                                1200 Converse Street
                                Longmeadow, MA  01106
                                Tel. No. (413) 567-3131
                                Facsimile No. (413) 565-3131